FILED
DISTRICT COURT OF GUAM
JAN 0 2 2003
MARY L. M. MORAN
CLERK OF COURT

# United States District Court

DISTRICT OF __Guam__

ROLANDO A. DAYDAY,
    Plaintiff

        V.

UNITED STATES OF AMERICA,

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **02-00038**

TO: (Name and address of defendant)

UNITED STATES OF AMERICA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT L. KEOGH, ESQ.
Law Office of Keogh and Forman
Suite 105, C&A Prof. Bldg.
251 Martyr St., Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

_____
(BY) DEPUTY CLERK

DEC 3 0 2002
DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  1-2-03 |
| NAME OF SERVER (PRINT)  JOHN J. CRUZ | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: __U.S. Attorney's Office, 6th Floor, Serena Bldg., Hagatna, Guam on 12/30/02.__

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[x] Other (specify): *

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1-2-03__
Date

Signature of Server: *John J. Cruz*

Address of Server: *Suite 105, C+A Professional Bldg., Hagatna, Guam*

*On 12/31/02 personally served Guam INS Office, 1st Floor, Serena Bldg., Hagatna, Guam; and on 1/2/03 by mail (cert. mail with return receipt) to the following: 1) Carol J. Lazzaro, Associate General Counsel, U. S. Dept. of Justice, INS, Office of the General Counsel, 425 I Street NW Washingtcon, DC 20536; and 2) The Honorable John Ashcroft, Attorney General, U. S. Dept. of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-001.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.