# ORIGINAL

FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

**FEB 1 8 2003**

MARY L. M. MORAN
CLERK OF COURT

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| ROLANDO A DAYDAY ) | CIVIL CASE NO. 02-00038 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ANSWER OF THE UNITED STATES |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

THE UNITED STATES, defendant herein, submits its Answer to the Complaint as follows:

1.  ADMITS that this claim is raised as a Federal Tort Claims Act (FTCA) action arising from a traffic accident.

2.  This is a legal conclusion that does not require a response, to the extent it does require a response, DENIES.

3.  Defendant is without sufficient information to answer at this time and therefore DENIES.

4.  ADMITS.

5.  ADMITS.

| | |
|---|---|
| 1 | 6. ADMITS. |
| 2 | 7. Defendant is without sufficient information to answer at this time, and therefore |
| 3 | DENIES. |
| 4 | 8. Defendant is without sufficient information to answer at this time, and therefore |
| 5 | DENIES. |
| 6 | 9. ADMITS. |
| 7 | 10. DENIES. |
| 8 | 11. Defendant is without sufficient information to answer at this time, and therefore |
| 9 | DENIES. |
| 10 | 12. DENIES. |
| 11 | 13. ADMITS. |
| 12 | 14. ADMITS. |
| 13 | 15. DENIES. |
| 14 | 16. DENIES. |
| 15 | 17. DENIES. |
| 16 | 18. DENIES. |

**AFFIRMATIVE DEFENSES**

If Plaintiff suffered injuries as alleged in Plaintiff's Complaint, such injuries were caused wholly or in part by Plaintiff's own negligence. Plaintiffs' act or omissions was the proximate cause of Plaintiffs' injuries as alleged.

//
//
//
//
//
//

# RELIEF

Defendant requested that judgment be entered for Defendant and against Plaintiff.

Submitted this 14th day of February 2003.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

1

CERTIFICATE OF SERVICE

2

3   I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's

4   Office, in the District of Guam, hereby certify that, I caused to be served by personal service a

    copy of the "Answer of the United States", in Civil Case No. 02-00038, Rolando A. Dayday, to
5
    the following attorney of record:
6

7
            Robert L. Keogh
8           Law Office of Keogh & Forman
            P.O. Box Gz
9           Hagatna, Guam 96932
            Tel: (671) 472-6895
10

11

12

13

14

15  Dated: February 17, 2003

16                                          FRANCES B. LEON-GUERRERO
                                            Legal Assistant
17

18

19

20

21

22

23

24

25

26

27

28