LAW OFFICE OF
**KEOGH & FORMAN**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
FEB 26 2003
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROLANDO A. DAYDAY<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | CIVIL CASE NO. CIV02-00038<br><br>SCHEDULING ORDER |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties submit the following Scheduling Order. Certain dates set forth below and in the Discovery Plan diverge from guidelines set forth in the local and federal rules because, due to the fact that FRCP 12(a)(3)(A) gives defendant United States of America sixty days after service to file its answer, certain deadlines set forth in the rules could be reached on or before the date that defendants' answer is due.

1. The nature of the case is as follows: This is a Federal Tort Claim action. Plaintiff seeks damages, alleging that he sustained personal injuries in a traffic accident.

PROPOSED SCHEDULING ORDER
Dayday v. U.S.A.
Civil Case No. CIV02-0038
Page 2

2. The posture of the case is as follows:

   a. The following motions are on file: None.

   b. The following motions have been resolved: None.

   c. The following discovery has been initiated: No formal discovery has been initiated yet.

3. All motions to add parties and claims shall be filed on or before: May 2, 2003.

4. All motions to amend pleadings shall be filed on or before: July 2, 2003.

5. Status of Discovery: The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order. Discovery has not yet commenced. The parties anticipate discovery in accordance with the discovery plan.

6. The parties shall appear before the District Court on March 15, 2003 at 3:15 p.m. for the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: September 5, 2003.

PROPOSED SCHEDULING ORDER
Dayday v. U.S.A.
Civil Case No. CIV02-0038
Page 3

8. a) The anticipated discovery motions are: None at this time.

All discovery motions shall be filed on or before September 12, 2003 and heard on or before October 10, 2003.

b. The anticipated dispositive motions are: None at this time.

All dispositive motions shall be filed on or before September 12, 2003 and heard on or before October 10, 2003.

9. The prospects of settlement are: Unknown at this time.

9.1. Trial briefs shall be filed on or before October 17, 2003.

10. The Preliminary Pretrial Conference shall be held on October 27, 2003 at __3:00__ p.m. [time to be set by the Court].

11. The parties' discovery material designations, witness lists, and exhibit lists shall be filed on or before November 3, 2003.

PROPOSED SCHEDULING ORDER
Dayday v. U.S.A.
Civil Case No. CIV02-0038
Page 4

12. The Proposed Pretrial Order shall be filed on or before the 27th day of October, 2003.

13. The Final Pretrial Conference shall be held on the 10th day of November, 2003 at __3:00__ p.m. [time to be set by the Court]. All materials required or allowed by LR 16.7(f) and LR 16.7(g) shall be filed on or before November 10, 2003.

14. The trial shall be held on the 17th day of November, 2003 at 9:30 a.m..

15. The trial is a non-jury trial.

16. It is anticipated that it will take 4 days to try this case.

17. The names of counsel in this case are: Robert L. Keogh of Keogh and Forman for plaintiff; and Assistant U.S. Attorney Mikel W. Schwab for defendant United States.

18. The parties wish to submit this case to a settlement conference in the summer of 2003 after initial discovery is completed.

PROPOSED SCHEDULING ORDER
Dayday v. U.S.A.
Civil Case No. CIV02-0038
Page 5

19. The parties present the following suggestions for shortening trial: None at this time. It is expected that stipulations will be reached that will shorten trial.

20. The following issues will also affect the status or management of the case: The parties may retain off-island expert witnesses.

DATE: FEB 25 2003

_____
JOHN S. UNPINGCO
Chief District Judge

APPROVED AS TO FORM AND CONTENT:

LAW OFFICE OF KEOGH AND FORMAN
Attorneys for Plaintiff

By: _____
ROBERT L. KEOGH

Date: 2/14/03

FREDERICK A. BLACK
United States Attorney
District of Guam & CNMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

Date: 2/14/03

RECEIVED
FEB 14 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

LAW OFFICE OF
**KEOGH & FORMAN**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **ROLANDO A. DAYDAY** | CIVIL CASE NO. CIV02-00038 |
| Plaintiff, | |
| vs. | PROPOSED DISCOVERY PLAN |
| **UNITED STATES OF AMERICA** | |
| Defendant. | |

Pursuant to FRCP 26(f) and LR 16.1, the parties submit the following proposed discovery plan.

1. The FRCP 26(f) conference shall take place within 15 days after defendant files its answer.

2. FRCP 26(a)(1) disclosures shall be made on or before March 20, 2003.

3. Initial FRCP 26(a)(2) disclosures of expert witnesses shall be made on or before June 20, 2003.

4. FRCP 26(a)(2) rebuttal disclosures shall be made on or before July 22, 2003.

PROPOSED DISCOVERY PLAN
Dayday v. U.S.A.
Civil Case No. CIV02-0038
Page 2

5.  FRCP 26(a)(3)(A),(B) and (C) disclosures shall be made on or before October 17, 2003.

6.  FRCP 26(a)(3) objections shall be filed and served on or before November 3, 2003.

7.  It is difficult for the parties to set forth a precise schedule for discovery at this early stage. It is tentatively planned that discovery will be conducted in three places, as follows:

   (a)  Written discovery (interrogatories, requests for production, requests for admission) to be completed by early June 2003. Additional written discovery may be conducted if the need becomes apparent during the course of discovery.

   (b)  Depositions of witnesses located on Guam in June and July of 2003. It is anticipated that these witnesses will include treating health care providers, plaintiff, and any eyewitnesses to the accident (including defendant's employee who was involved in the accident.) Local witnesses may be deposed at other times if summer travel plans cause scheduling problems, or if counsel are prepared for such depositions before June 2003.

PROPOSED DISCOVERY PLAN
Dayday v. U.S.A.
Civil Case No. CIV02-0038
Page 3

    (c)    Depositions of off-island witnesses in July and August of 2003. It is anticipated that these witnesses will include defendant's medical experts, possibly accident reconstruction experts, and any fact witness who has left Guam. These depositions may be held early if this would accommodate travel schedules.

LAW OFFICE OF KEOGH AND FORMAN
Attorneys for Plaintiff

By: _____
    ROBERT L. KEOGH

Date: 2/14/03

FREDERICK A. BLACK
United States Attorney
District of Guam and CNMI

By: _____
    MIKEL W. SCHWAB
Assistant U.S. Attorney

Date: 2/14/03