FILED
DISTRICT COURT OF GUAM
MAR 03 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROLANDO A. DAYDAY,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Case No. 02-00038<br><br>ORDER |

This case is scheduled to come before the Court on March 15, 2003 for a Scheduling Conference. On February 26, 2003, the Court approved the Scheduling Order submitted by the parties. Accordingly, the Court VACATES the March 15, 2003 Scheduling Conference.

SO ORDERED this 3rd day of March, 2003.

_____
JOHN S. UNPINGCO
District Judge