LAW OFFICE OF
**KEOGH & FORMAN**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROLANDO A. DAYDAY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. CIV02-00038<br><br>NOTICE OF ACCEPTANCE<br>OF OFFER OF JUDGMENT |

**PLEASE TAKE NOTICE** that plaintiff has accepted the attached FRCP 68 Offer of Judgment.

LAW OFFICE OF KEOGH & FORMAN
Attorneys for Plaintiff

DATE: 3/6/03      By: _____
                       ROBERT L. KEOGH

FILED
DISTRICT COURT OF GUAM
MAR - 6 2003
MARY L. M. MORAN
CLERK OF COURT

ORIGINAL

FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| ROLANDO A DAYDAY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 02-00038 <br><br> **OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 68** |

This is an offer of Judgment for Ten Thousand Dollars ($10,000.00) pursuant to Federal Rules of Civil Procedure, Rule 68. This offer is inclusive of costs and fees, and is not an admission of liability. If within ten (10) days after the service of this offer you accept, either party may then file this offer and notice of acceptance together with proof of service thereof and there upon the clerk shall enter judgment. Should you fail to accept

//
//
//
//
//

RECEIVED
FEB 27 2003
LAW OFFICE OF
KEOGH and FORMAN

this offer and fail to gain a final judgment against this defendant in excess of Ten Thousand Dollars ($10,000.00) you must pay all costs incurred after the date of this offer.

SO SUBMITTED this 27th day of February 2003.

FREDERICK A. BLACK
United States Attorney
District of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

tort/daydayofferofjudgment.wpd

2