LAW OFFICE OF
**KEOGH & FORMAN**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

F I L E D
DISTRICT COURT OF GUAM

MAR - 7 2003

MARY L. M. MORAN
CLERK OF COURT

Attorneys for Plaintiff

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROLANDO A. DAYDAY, | CIVIL CASE NO. CIV02-00038 |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, | DECLARATION OF SERVICE |
| Defendant. | |

I, **John J. Cruz**, do hereby declare that:

1. I am employed with the Law Office of Keogh & Forman as a runner.

2. On March 6, 2003, I served upon the U.S. Attorney's Office a copy of the Notice of Acceptance of Offer of Judgment filed with the District Court of Guam on March 6, 2003.

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: March 7, 2003

JOHN J. CRUZ