LAW OFFICE OF
**KEOGH & FORMAN**
POST OFFICE BOX GZ
HAGÅTÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
MAR 10 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROLANDO A. DAYDAY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. CIV02-00038<br><br>JUDGMENT |

This action having commenced on December 30, 2002 and the United States of America, a defendant herein, having appeared after service upon it, and said defendant having offered by notice in writing served on plaintiff to permit judgment against itself for the sum of $10,000.00 inclusive of costs and fees, and the plaintiff having duly accepted defendant's offer by notice in writing served upon defendant within 10 days thereafter; and the offer and notice of acceptance together with proof of service thereof having been filed;

/ / /
/ /
/

```
 1  JUDGMENT
    Dayday v. U.S.A.
 2  Civil Case No. CIV02-00038
 3  Page 2

 4

 5       IT IS HEREBY ORDERED AND ADJUDGED that Rolando A. Dayday,
 6  plaintiff, recover from United States of America, the sum of
 7  $10,000.00 said sum being inclusive of costs and fees.

 8
 9
10  DATE:  MAR 10 2003                    _____
                                          JOHN S. UNPINGCO
11                                        Chief District Judge
12
13  APPROVED AS TO FORM:
14  FREDERICK A. BLACK
15  United States Attorney
    Districts of Guam and CNMI
16
17
18  By: _____
         MIKEL W. SCHWAB
19       Assistant U.S. Attorney
20  Date:  07 MAR 2003
21
22
23
24
25
26
27
28
```

**RECEIVED**
MAR 07 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Notice is hereby given that this document was entered on the docket on MAR 10 2003. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____  MAR 10 2003
    Deputy Clerk         Date